UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUMENIS, INC.,<br><br>　　　　Defendant. | Case No. 21-cv-08498-NC<br><br>**ORDER VACATING JULY 13 CMC AND SETTING CASE MANAGEMENT SCHEDULE** |

　　　　After considering the joint case management statement submitted by the parties on July 6, 2022, IT IS HEREBY ORDERED that the July 13 Case Management Conference is VACATED and the following deadlines are established.

　　　　First, the Court thanks the parties for having consented to the jurisdiction of a magistrate judge. ECF 26, 27.

　　　　Second, the Court resolves a discovery issue presented in the CMC statement. Defendant's request (CMC p. 4) for a stay of discovery until mediation is DENIED for lack of good cause shown. Discovery may proceed.

　　　　Third, discovery in this case is subject to the protocols for employment cases set in N.D. Cal. General Order 71. Discovery disputes must be presented to the Court by a joint letter brief after meet and confer between counsel to attempt to resolve the issue.

　　　　Finally, the Court sets the following case deadlines:

1. FRCP 26 INITIAL DISCLOSURES: [completed]

2. PROTECTIVE ORDER TO REGULATE DISCOVERY: **August 5, 2022.**

3. ALTERNATIVE DISPUTE RESOLUTION: Private mediation to be completed by **October 28, 2022**. [scheduled for Sept. 22, 2022, JAMS].

4. AMENDMENT OF PLEADINGS: The deadline to amend pleadings and add parties without further leave of Court is **August 31, 2022**.

5. FURTHER CASE MANAGEMENT CONFERENCE: **November 30, 2022, at 10:00 a.m.** by phone. The parties must file a joint case management statement by **November 23, 2022,** in accordance with Civil L.R. 16-10(d).

6. NON-EXPERT DISCOVERY: All non-expert discovery must be completed by **March 3, 2023**. Parties limited to 5 fact depositions per side without further leave of Court.

7. EXPERT WITNESSES:

   - Disclosure of expert testimony and reports under Federal Rule of Civil Procedure 26(a)(2) must be made by **April 7, 2023;** rebuttal reports by **May 5, 2023**.

   - Parties must complete all discovery of expert witnesses under Federal Rule of Civil Procedure 26(b)(4) by **May 26, 2023**. *Daubert* motions (limited to one omnibus motion per side) filed by **June 9, 2023.**

8. DISPOSITIVE MOTIONS FILED: **June 9, 2023**.

9. PRETRIAL STATEMENTS and MOTIONS IN LIMINE: **August 16, 2023**.

10. PRETRIAL CONFERENCE: **August 30, 2023, at 2:00 p.m.**

11. TRIAL: jury trial on **September 11, 2023, at 9:30 a.m.**

The trial will take place in Courtroom 5, 4th Floor, U.S. District Court, 280 S. First Street, San Jose, California. All hearings, conferences, and pretrial proceedings will be by phone or video conference via Zoom until further Court order.

**IT IS SO ORDERED.**

Dated: July 6, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge