HOYER & HICKS
Richard A. Hoyer (SBN 151931)
rhoyer@hoyerlaw.com
Christina England (SBN 330456)
cengland@hoyerlaw.com
4 Embarcadero Center, Suite 1400
San Francisco, CA  94111
*tel* (415) 766-3539
*fax* (415) 276-1738

Attorneys for Plaintiff
JENNIFER SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SMITH,<br><br>                    Plaintiff,<br><br>vs.<br><br>LUMENIS, INC. and DOES 1-25, inclusive,<br><br>                    Defendants. | Case No: 5:21-cv-08498 NC<br><br>**STIPULATION AND ORDER REGARDING DISMISSAL WITH PREJUDICE**<br><br>**[Hon. Mag. Judge Nathanael M. Cousins]** |

Plaintiff JENNIFER SMITH and Defendant LUMENIS, INC., through their counsel of record, hereby stipulate as follows:

1. Pursuant to a settlement agreement signed by the parties, this entire action shall be dismissed with prejudice subject to the terms of that agreement.

**STIPULATION AND ORDER REGARDING DISMISSAL WITH PREJUDICE**                                                         1

Date: January 4, 2023                                HOYER & HICKS


/s/ Richard Hoyer
Richard A. Hoyer
Christina England
*Attorney for Plaintiff*
JENNIFER SMITH


Date: January 4, 2023                                CDF Labor Law LLP


/s/ Ashley Halberda
Ashley A. Halberda
*Attorney for Defendants*
LUMENIS, INC.

## ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED that this action is dismissed in its entirety with prejudice. Each party shall bear their own attorneys' fees and costs.

Date: __January 5, 2023__

_____
Hon. Mag. J. [signature] Cousins

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA